UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DORA DUCK | ) CASE NO. 5:12CV2900 |
| | ) |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| -vs- | ) |
| | ) MEMORANDUM OF OPINION |
| COMMISSIONER | ) AND ORDER |
| OF SOCIAL SECURITY | ) |
| Defendant. | ) |

The Social Security Administration denied Duck's application for disability insurance benefits and supplemental security income.  Duck sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1).  The matter was fully briefed and on July 22, 2013, the Magistrate Judge issued a Report and Recommendation, recommending that the Commissioner's decision be AFFIRMED.  Doc. 19.  Duck did not file any objections.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service.  Duck did not file objections to the R&R.  Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is AFFIRMED.

IT IS SO ORDERED.

Dated:  August 28, 2013                                  */s/ John R. Adams*_____
                                                                              UNITED STATES DISTRICT JUDGE